FILED
NOV 30 2020
TIMOTHY M. O'BRIEN, CLERK
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LaTreissa D. Randolph )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )

vs. )   Case Number 20-2600-JAR-TJJ

K.U. Medical Center )
Name
4000 Cambridge St )
Street and number
Kansas City KS 66160 )
City         State    ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff LaTreissa Randolph
Address 3158 Coronado Rd.
Kansas City KS

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **K.U. Medical Center** is

employed at _____

C. Additional Defendants **Usman Latif, MD, John M. Sojka MD.**

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of **Kansas City KS**
2. The first-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of **Kansas City KS** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of **Kansas City**; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.   (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.   This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

☐ 2.   This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.   Other grounds (specify and state any statute which gives rise to such grounds):

Doctor didn't properly treat me which could more health problem to me

III.   Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Am untiled to why I had to severely complain to other doctor about care. Now am in a mental state of mind and physical state of mind about my health.

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

I had to go to the emercey room to get templo treated, and still am mental helpless

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [✓]   No [ ]

VI.   Do you claim actual damages for the acts alleged in your complaint? Yes [✓]   No [ ]

VII.   Do you claim punitive monetary damages?  Yes [✓]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_____
_____
_____
_____
_____
_____

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐  No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I feel and my body feel like my doctors neglect to treat me properly and it could more medical function.

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*L. Randolph*
Signature of Plaintiff

*LaTreissa Randolph*
Name (Print or Type)

*3158 Coronado Rd.*
Address

Kansas City, KS   66104
City          State       Zip Code

913-645-9004
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☑ Kansas City, or ☐ Topeka }, Kansas as the
                                    (Select One)
location for the trial in this matter.

J. Randolph.
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or ☐ No }
                                   (Select One)

J. Randolph
Signature of Plaintiff

Dated: 11-30-2020.
(Rev. 10/15)