FILED
NOV 30 2020
TIMOTHY M. O'BRIEN Clerk
By CA Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LaTreissa D. Randolph )
)
**Plaintiff(s),** )
)
**v.** ) **Case No.** 20-2600-JAR-TJJ
KU Medical Center )
)
**Defendant(s).** )
)

**MOTION FOR APPOINTMENT OF COUNSEL
AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL**

I, LaTreissa D Randolph, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff confer with (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney ______
Firm Name Kansas City KS Burn
Address ______
Date(s) of Contact Sept. 2020
Method of Contact ______
Response Received Ask if it was alright to cancel my prescription to the pharmacy.

(2) Name of Attorney ______
Firm Name ______
Address ______
Date(s) of Contact ______
Method of Contact ______
Response Received ______

(3) Name of Attorney ______
Firm Name ______
Address ______
Date(s) of Contact ______
Method of Contact ______
Response Received ______

4) Name of Attorney ______________________
Firm Name ______________________
Address ______________________
Date(s) of Contact ______________________
Method of Contact ______________________
Response Received ______________________

(5) Name of Attorney ______________________
Firm Name ______________________
Address ______________________
Date(s) of Contact ______________________
Method of Contact ______________________
Response Received ______________________

(6) Name of Attorney ______________________
Firm Name ______________________
Address ______________________
Date(s) of Contact ______________________
Method of Contact ______________________
Response Received ______________________

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes ☑ No ☑

*OR*

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes ☑ No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

Of Mal:Pratice to a hearing on my

behalf, because of mental, Physical problem Now. Please

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 24 2020.
(Date)

L Randolph
Signature of Plaintiff

LaTreissa Randolph
Name (print or type)

3158 Coronado Rd.
Address

Kansas City KS 66104
City State Zip Code

(913) 645-9004
Telephone Number

E-Mail Address