IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LATREISSA D. RANDOLPH,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UNIVERSITY OF KANSAS MEDICAL CENTER, USMAN LATIF, M.D., AND JOHN M. SOJKA, M.D.,**<br><br>    **Defendants.** | Case No. 20-2600-JAR-TJJ |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on December 9, 2020 (Doc. 7). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations by Magistrate Judge Teresa J. James, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that in accordance with the December 9, 2020 Report and Recommendation (Doc. 7), this case is hereby **dismissed** for lack of jurisdiction and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)–(ii).

**IT IS SO ORDERED.**

Dated: January 8, 2021

                                S/ Julie A. Robinson
                                JULIE A. ROBINSON
                                CHIEF UNITED STATES DISTRICT JUDGE